UNITED STATES DISTR[ICT COURT]
FOR THE DISTRICT OF [COLUMBIA]

Case: 1:25-mc-138
Assigned To : Boasberg, James E.
Assign. Date : 9/3/2025
Description: Misc. (O-DECK)

IN RE APPLICATION OF THOMAS P.
WINDOM FOR ORDER DETERMINING
WHETHER CERTAIN INFORMATION
IS PROTECTED FROM DISCLOSURE
BY FEDERAL RULE OF CRIMINAL
PROCEDURE 6(e)

: Cas[e No. ]
:
:
: Chief Judge James E. Boasberg
:
: **ORAL ARGUMENT REQUESTED**
:
: **UNDER SEAL**

## MOTION OF THOMAS P. WINDOM FOR LEAVE TO SERVE SEALED FILINGS

Thomas P. Windom today filed an application in the above-captioned matter for an order determining whether certain information relating to grand jury investigations is protected from disclosure by Federal Rule of Criminal Procedure 6(e). Mr. Windom has filed his application and all related documents under seal, as required by Local Criminal Rule 6.1.

Mr. Windom's application relates to whether he is permitted to disclose grand jury matters in response to a deposition subpoena from the U.S. House of Representatives Committee on the Judiciary ("Committee"). Mr. Windom seeks leave to serve the Department of Justice, the majority and minority staff for the Committee, and the general counsel of the U.S. House of Representatives with his application and related filings so that these entities are aware of this application for judicial relief. Mr. Windom also seeks an order from the Court notifying these entities that they are permitted to file a response to the application and that any response must be filed—under seal—on a date certain, well in advance of Mr. Windom's scheduled deposition date of September 30, 2025.

A proposed order is attached.

RECEIVED
SEP 03 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DATED: September 3, 2025                    Respectfully submitted,

*/s/ Preston Burton*
Preston Burton (D.C. Bar No. 426378)
Rachel Li Wai Suen (D.C. Bar No. 500527)
Jackson Hagen (D.C. Bar No. 1671315)
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue, NW
Washington, DC  20037-3202
Telephone: +1 202 349 8065
Facsimile:  +1 202 339 8500
pburton@orrick.com
rliwaisuen@orrick.com
jhagen@orrick.com

*Counsel for Thomas P. Windom*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THOMAS P. WINDOM FOR ORDER DETERMINING WHETHER CERTAIN INFORMATION IS PROTECTED FROM DISCLOSURE BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) | Case No. _____ <br><br> Chief Judge James E. Boasberg <br><br> **ORAL ARGUMENT REQUESTED** <br><br> **UNDER SEAL** |

### [PROPOSED] ORDER

On consideration of the Motion of Thomas P. Windom for Leave to Serve Sealed Filings in the above-captioned matter, and the governing law:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that counsel for Mr. Windom shall serve Mr. Windom's Application for Order Determining Whether Certain Information is Protected from Disclosure by Federal Rule of Criminal Procedure 6(e) and related sealed filings on the Department of Justice, the majority and minority staff for the U.S. House of Representatives Committee on the Judiciary, and the general counsel for the House of Representatives.

IT IS FURTHER ORDERED that the Department of Justice, the majority and minority counsel for the U.S. House of Representatives Committee on the Judiciary, and the general counsel for the House of Representatives shall not publicly disclose information regarding this Application and related filings and proceedings pending further rulings by the Court.

IT IS FURTHER ORDERED that the Court will permit the Department of Justice, the majority and minority counsel for the U.S. House of Representatives Committee on the Judiciary, and the general counsel for the House of Representatives to file a response to the application, should they elect to do so. Any response must be filed under seal no later than September ___, 2025.

DATED: _____, 2025        _____