UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THOMAS P. WINDOM FOR ORDER DETERMINING WHETHER CERTAIN INFORMATION IS PROTECTED FROM DISCLOSURE BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) | Case No. 1:25-mc-138<br><br>Chief Judge James E. Boasberg<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**UNDER SEAL** |

## NOTICE

On September 3, 2025, Thomas P. Windom filed an application with this Court requesting an order determining whether certain information relating to grand jury investigations is protected from disclosure by Federal Rule of Criminal Procedure 6(e).

On the afternoon of September 4, 2025, Mr. Windom received a letter from the United States Department of Justice relating to this topic. Counsel for Mr. Windom will provide the Court with a supplemental filing addressing that letter by no later than Monday, September 8, 2025.

DATED: September 5, 2025

Respectfully submitted,

/s/ Preston Burton
Preston Burton (D.C. Bar No. 426378)
Rachel Li Wai Suen (D.C. Bar No. 500527)
Jackson Hagen (D.C. Bar No. 1671315)
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037-3202
Telephone: +1 202 349 8065
Facsimile: +1 202 339 8500
pburton@orrick.com
rliwaisuen@orrick.com
jhagen@orrick.com

*Counsel for Thomas P. Windom*



RECEIVED
SEP 0 5 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia