Hagen, Jackson

| | |
|---|---|
| **From:** | Berry, Matthew <Matthew.Berry@mail.house.gov> |
| **Sent:** | Friday, September 26, 2025 3:43 PM |
| **To:** | Burton, Preston |
| **Subject:** | RE: Follow Up |

**EXHIBIT M**

**[EXTERNAL]**

Preston,

In light of the pending litigation, the Committee has nothing additional to share.

Take care,
Matthew

**From:** Burton, Preston <pburton@orrick.com>
**Sent:** Thursday, September 25, 2025 5:36 PM
**To:** Berry, Matthew <Matthew.Berry@mail.house.gov>
**Subject:** RE: Follow Up

Matthew,

Thanks again. I understand the Committee's position on my scheduling suggestion.

Was there any consideration of the other inquiries I raised, such as having a dialogue before the deposition about whether the Committee intended to address additional topics that potentially implicate Rule 6 (so we can attempt to resolve them ahead of time), whether the new DOJ authorization letter actually signals the Committee's interest in exploring a broader set of topics, or whether, as was intimated in a discussion when the deposition subpoena was issued, the intention is to be efficient and address the unanswered areas in the interview?

Best,

Preston

**From:** Burton, Preston
**Sent:** Thursday, September 25, 2025 4:13 PM
**To:** Berry, Matthew <Matthew.Berry@mail.house.gov>
**Subject:** RE: Follow Up

Thanks

**From:** Berry, Matthew <Matthew.Berry@mail.house.gov>
**Sent:** Thursday, September 25, 2025 4:12 PM
**To:** Burton, Preston <pburton@orrick.com>
**Subject:** Follow Up

**[EXTERNAL]**

Preston,

I conveyed your request to my client, and the Committee has decided to maintain the current schedule for Mr. Windom's deposition.

Take care,
Matthew

Matthew Berry
General Counsel
Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, DC 20515
(202) 225-9700

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.