UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE APPLICATION OF THOMAS P. WINDOM FOR ORDER DETERMINING WHETHER CERTAIN INFORMATION IS PROTECTED FROM DISCLOSURE BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) | : : : : : : : : | Case No. 1:25-mc-138  Chief Judge James E. Boasberg |

**NOTICE IN RESPONSE TO THE COURT'S NOVEMBER 25, 2025 ORDER**

On September 3, 2025, Thomas P. Windom filed Under Seal an Application requesting an order determining whether certain information anticipated to be compelled by a congressional committee was protected from disclosure by Federal Rule of Criminal Procedure 6(e). On November 20, 2025, Mr. Windom moved to unseal this case. On November 24, 2025, counsel for the U.S. House of Representatives advised the Court that it did not oppose the motion to unseal.

On November 25, 2025, the Court granted Mr. Windom's November 20, 2025, motion, unsealing the entire case save for Mr. Windom's original Application, which remains Under Seal. The Court directed counsel for Mr. Windom to file a redacted version of the Application for the public record, redacting personal information set forth in Exhibit B thereto. Consistent with that directive, attached to this Notice please find a redacted version of Mr. Windom's Application.

DATED: November 25, 2025

Respectfully submitted,

*/s/ Preston Burton*
Preston Burton (D.C. Bar No. 426378)
Rachel Li Wai Suen (D.C. Bar No. 500527)
Jackson Hagen (D.C. Bar No. 1671315)
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue, NW
Washington, DC  20037-3202
Telephone: +1 202 349 8065
Facsimile:  +1 202 339 8500

pburton@orrick.com
rliwaisuen@orrick.com
jhagen@orrick.com

*Counsel for Thomas P. Windom*